# UNITED STATES DISTRICT COURT

для

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 23, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Osborn, Christopher Lee | Docket No. | 1:22-CR-02096-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Christopher Lee Osborn, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 14th day of November 2022, under the following conditions:

**Special Condition No. 10**: Defendant shall be restricted to his residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

Conditions of release were reviewed and signed by Mr. Osborn on November 15, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1**: Mr. Osborn is alleged to be in violation of his pretrial release conditions by leaving his residence without permission on November 20, 2022.

Mr. Osborn was released on pretrial supervision with Global Positioning System (GPS) location monitoring on November 15, 2022. He was to be residing at ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington.

On November 20, 2022, Location Monitoring Specialist Carlson notified this officer that Mr. Osborn had left his residence at 1:21 p.m. This officer contacted Mr. Osborn's cousin fiance, Mary, who stated she was with Mr. Osborn and handed him her phone. Mr. Osborn stated he left the Progress House because he was being threatened and he feared for his safety. Mr. Osborn stated the house manager, Paul, allegedly also instructed him to leave for his safety. Additionally, at approximately 11:50 a.m., this officer received several missed phone calls and a voicemail from Mr. Osborn's sister-in-law, Mary Madara, regarding the above-mentioned incident. Mr. Osborn also called this officer at 12:07 p.m. but did not leave a voicemail, and this officer was unaware the number he called from was his new cellular telephone number.

This officer then contacted the house manager, Paul, who presented a different version of the story. Paul stated that he had asked Mr. Osborn to wait outside of the residence, but not to leave. However, Mr. Osborn left the residence without waiting or obtaining prior permission from this officer.

After staffing the case with Supervisory U.S. Probation Officer Coronado, this officer directed Mr. Osborn to remain at his Aunt Gloria's home, at ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington, until 8:30 a.m. the following morning, so he could then report to the probation office at 9 a.m. After a virtual inspection of the residence, this officer verified that Mr. Osborn's location monitoring equipment was operating properly, no violations observed, and no minors present in the residence.

PS-8
Re: Osborn, Christopher Lee
November 22, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 22, 2022

by    s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

November 23, 2022

Date