PS 8 (3/15)

Case 1:22-cr-02096-MKD    ECF No. 56    filed 11/24/22    PageID.174    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Osborn, Christopher Lee | Docket No. | 1:22-CR-02096-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Christopher Lee Osborn, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 14th day of November 2022, under the following conditions:

**Special Condition #9: GPS Location Monitoring**: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

Conditions of release were reviewed and signed by Mr. Osborn on November 15, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1**: Mr. Osborn is considered to be in violation of his pretrial release conditions by removing his Global Positioning System (GPS) location monitoring device without permission on November 24, 2022.

On November 24, 2022, at 1:47 a.m., this officer received an alert from BI Total Access (BI) that there was a GPS strap tamper and a tracker proximity tamper on Mr. Osborn's GPS device, indicating that the GPS device was removed from Mr. Osborn's leg.

This officer attempted to contact Mr. Osborn via telephone, however Mr. Osborn's cell phone was either off or disconnected. This officer contacted the manager at Progress House, Steve Ouradnik, who conducted a walk through of the residence, however he was unable to locate Mr. Osborn.

This officer subsequently contacted Supervisory United States Probation Officer Law and informed him of the situation noted above. This officer located the GPS tracker at ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington, in the driveway. This officer confirmed through BI that it was Mr. Osborn's GPS device via serial number 1714406. Blood was visible on the GPS device. The GPS tracker was secured in an evidence bag, and pictures were taken, which will be provided to the Court upon request.

Mr. Osborn was to be residing at ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington, however his current whereabouts are unknown. Mr. Osborn is scheduled to appear before Your Honor on December 5, 2022, at 1:30 p.m.

## REQUEST FOR A WARRANT AND INCORPORATE THE ATTACHED VIOLATION WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 24, 2022

by s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

m.k. Dimke

Signature of Judicial Officer

11/24/2022
Date